# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIM WYATT,<br><br>　　　　Defendant. | Case No. 1:14-cv-00136 DLB PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>[ECF No. 10] |

Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 31, 2014.[1]

On July 31, 2014, Plaintiff filed a request seeking default judgment. Fed. R. Civ. P. 55(a). Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). In this case,

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on February 7, 2014.

the Court has not yet screened the complaint, and service on Defendant has not yet been authorized. Therefore, Plaintiff's motion for default judgment is premature.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is DENIED.

IT IS SO ORDERED.

Dated:   **January 21, 2015**                     /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE