# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIM WYATT,<br><br>　　　　Defendant. | Case No. 1:14-cv-00136 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>[ECF No. 11] |

　　　　Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 31, 2014.[1]

　　　　On October 17, 2014, Plaintiff filed a motion seeking to open discovery. Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). In this case, the Court has

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on February 7, 2014.

1

not yet screened the complaint, and service on Defendant has not yet been authorized.  Therefore, Plaintiff's motion for discovery is premature.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery is DENIED.

IT IS SO ORDERED.

Dated: __**January 21, 2015**__          /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE