**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>KIM WYATT,<br><br>   Defendant. | Case No. 1:14-cv-00136 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>[ECF No. 11] |

Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 31, 2014.[1]

On February 23, 2015, the Court screened the complaint and dismissed it with leave to file a First Amended Complaint. On March 4, 2015, Plaintiff filed a First Amended Complaint. On January 26, 2016, the Court screened the First Amended Complaint and dismissed it with leave to file a Second Amended Complaint. On February 22, 2016, Plaintiff filed a Second Amended Complaint. The Second Amended Complaint is currently pending screening by the Court.

On May 23, 2016, Plaintiff filed a motion for discovery time table. Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). In this case, the Court has not yet screened the Second Amended Complaint, and service on Defendant has not yet

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on February 7, 2014.

1

been authorized. Once the Second Amended Complaint is screened, the Court authorizes service on Defendants, and Defendants answer the complaint, a discovery and scheduling order will issue opening discovery for all parties.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery time table is DISMISSED.

IT IS SO ORDERED.

Dated:   **May 24, 2016**                              **/s/ Sandra M. Snyder**
                                                                        UNITED STATES MAGISTRATE JUDGE